UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SOLOMON DAVIS,**

        Plaintiff,        Case No. 19-cv-12908

**v.**

        Hon. Judith E. Levy

**BIG STAR FISH AND SEAFOOD, INC.,**
and **SALEH OMAR,**

        Defendants.

| | |
|---|---|
| **GOLD STAR LAW, P.C.** | **Sean K. Kowalski (P43764)** |
| **Maia Johnson Braun (P40533)** | Attorney for Defendants |
| **Caitlin E. Malhiot (P76606)** | 2287 Holbrook Avenue |
| Attorneys for Plaintiff | Hamtramck, MI 48212 |
| 2701 Troy Center Dr., Ste. 400 | (313) 319-8635 |
| Troy, Michigan 48084 | *kowalskisean@sbcglobal.net* |
| (248) 275-5200 | |
| *mjohnson@goldstarlaw.com* | |
| *cmalhiot@goldstarlaw.com* | |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on stipulation of the parties, and the Court being fully advised in the premises;

IT IS ORDERED that this action is hereby dismissed with prejudice and without costs or attorney fees to either party. This order resolves the last pending claim and closes the case.

Date: December 4, 2019        s/Judith E. Levy
                                            United States District Judge

**Approved by:**

By: */s/ Maia Johnson Braun*  
**GOLD STAR LAW, P.C.**  
**Maia Johnson Braun (P40533)**  
**Caitlin E. Malhiot (P76606)**  
Attorneys for Plaintiff  
2701 Troy Center Dr., Ste. 400  
Troy, Michigan 48084  
(248) 275-5200  
*mjohnson@goldstarlaw.com*  
*cmalhiot@goldstarlaw.com*  
Dated: December 4, 2019

By: */s/ Sean K. Kowalski (w/ consent)*  
**Sean K. Kowalski (P43764)**  
Attorney for Defendants  
2287 Holbrook Avenue  
Hamtramck, MI 48212  
(313) 319-8635  
*kowalskisean@sbcgglobal.net*